**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DUBBS DRED, INC. and DUBBS DRED II, INC.,** | ) | *Electronically Filed* |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO. 2:23-CV-01659-MJH** |
| | ) | |
| | ) | **Honorable Marilyn J. Horan** |
| | ) | |
| **AUTO-OWNERS INSURANCE COMPANY** | ) | |
| | ) | |
| | ) | |
| *Defendant*. | ) | |

**ORDER**

AND NOW, to-wit, this _____ day of _____, 2023, it is hereby ORDERED, ADJUDGED and DECREED that Auto-Owners Insurance Company's Motion to Dismiss is hereby DENIED. Defendant must answer Plaintiffs' Amended Complaint within twenty-one (21) days.

BY THE COURT:

_____

J.